United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   CAMERON WARREN,                    Case No. 21-cv-09432-TSH
8           Plaintiff,
                                       **REFERRAL FOR PURPOSE OF**
9      v.                              **DETERMINING RELATIONSHIP**
10  EMMA BLANCO,
11          Defendant.
12
13      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the
14  Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*,
15  21-cv-09427-JCS.
16      **IT IS SO ORDERED.**
17
18  Dated: December 8, 2021
19
20                                                _____
21                                                THOMAS S. HIXSON
                                                  United States Magistrate Judge
22
23
24
25
26
27
28