UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br>        Plaintiff,<br>v.<br>BETTY RODRIGUEZ,<br>        Defendant. | Case No. 21-cv-09687-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

**IT IS SO ORDERED.**

Dated: December 16, 2021

                                                              THOMAS S. HIXSON<br>
                                                              United States Magistrate Judge