UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>            Plaintiff,<br><br>    v.<br><br>VANESSA DARCHEVILLE,<br><br>            Defendant. | Case No.  4:21-cv-09697-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jospeh C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

IT IS SO ORDERED.

Dated: December 17, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge