UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANKLIN YNOA-NUNEZ,<br><br>        Defendant. | Case No. 21-cv-09730-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero,* 21-cv-09427-JCS.

**IT IS SO ORDERED.**

Dated: December 20, 2021

THOMAS S. HIXSON
United States Magistrate Judge