UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN DONALD THOMAS WATERS,<br><br>    Defendant. | Case No. 21-cv-09828-SK<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph C. Spero to determine whether it is related to *Warren v. Guerrero, et al.*, Case No. 21-cv-9427-JCS.

**IT IS SO ORDERED**.

Dated: January 3, 2022

_____
SALLIE KIM
United States Magistrate Judge