UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMERON WARREN,

        Plaintiff,

v.

DOMINIQUE ALEXANDER,

        Defendant.

Case No. 21-cv-09823-DMR

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, No. 21-cv-09427-JCS.

**IT IS SO ORDERED.**

Dated: January 5, 2022

_____
DONNA M. RYU
United States Magistrate Judge