United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>     Plaintiff,<br><br>   v.<br><br>QUENDRY GUERRERO, et al.,<br><br>     Defendants;<br><br>*and potentially related cases.* | Case Nos.   21-cv-09427-JCS, et al.<br><br>**ORDER REGARDING REFERRALS TO CONSIDER WHETHER CASES ARE RELATED** |

Plaintiff Cameron Warren, pro se, filed thirty-nine complaints in this Court in the month of December bringing similar claims against different defendants.  The undersigned previously determined that four of those cases were related to this first case, and that one case (which had already been reassigned to a district judge for lack of consent to magistrate judge jurisdiction) was not related.  Warren has now voluntarily dismissed all of his cases except the one the undersigned determined was not related.

The undersigned finds that all pending referrals to consider whether Warren's since-dismissed cases are related to any other case are moot, and declines to resolve them on that basis. This order is without prejudice to any future referral or motion to consider whether cases are related in the event that future filings in any of these cases would require court action.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge